**Robert MCBRIDE, Plaintiff— Appellant,**

v.

**Frank DUNN, Vice President Tidewater Community College (TCC); Betty Credle, Media Specialist II TCC, Defendants—Appellees,**

and

**Tidewater Community College, Defendant.**

No. 08–1390.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 20, 2008.

Decided: Sept. 17, 2008.

Robert McBride, Appellant Pro Se. Gregory Clayton Fleming, Senior Assis-

tant Attorney General, Richmond, Virginia, for Appellees.

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert McBride appeals the district court's order granting summary judgment to Defendants in this action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McBride v. Dunn,* No. 2:07–cv–00331–RBS–JEB (E.D.Va. Mar. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*